IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID LYNN CAIN,

    Appellant,

v.

BRENDA LEE PARHAM CAIN,
FORMER WIFE,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-253

Opinion filed September 26, 2014.

An appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

M. Katrina Muse, St. Augustine, for Appellant.

Valarie Linnen, Atlantic Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.